UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELNORSE MCLEMORE, III,<br>Plaintiff,<br>v.<br>C & C NORTH AMERICA, INC.,<br>Defendant. | No. 2:26-cv-02806-DAD-CKD<br><u>ORDER STAYING ACTION PENDING MEDIATION PURSUANT TO THE PARTIES' STIPULATION</u><br>(Doc. No. 9) |

On November 23, 2026, plaintiff Elnorse McLemore III and defendant C & C North America, Inc. filed a stipulation notifying the court that they have agreed to participate in a voluntary mediation scheduled for May 24, 2027. (Doc. No. 9.) Pursuant to the stipulation, and good cause appearing, the court orders as follows:

1. This action shall be STAYED pending mediation, and all currently calendared dates in this action are VACATED; and
2. The parties are directed to file a joint status report on June 23, 2027, addressing the outcome of mediation and, if appropriate, the parties' proposal for the scheduling of this action.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE